

PI
WED

# COMPLAINT

**(for filers who are prisoners without lawyers)**

CLERK USDC EDWI
FILED

2022 NOV -7 P 2: 05

SCANNED

NOV 07 2022

AND EMAILED

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff)

Alexander Daniel Hamilton

v.

Case Number:

**22-C-1325**

(to be supplied by Clerk of Court)

(Full name of defendant(s))

Brown county jail staff

Officer Nikki, officer A, Grandebret

officer Abigneil

in take officers of Brown County jail

A.     PARTIES

1.     Plaintiff is a citizen of _____Wisconsin_____, and is located at
(State)

_____W9071 Forest Drive Po Box 31 Plymouth WI 53073-0031_____
(Address of prison or jail)

2.     Defendant _____Brown County jail staff_____
(Name)

is (if a person or private corporation) a citizen of _____Wisconsin_____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for *Brown County Jail 3030 Curry Lane Green Bay WI 54311*
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.      STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.      Who violated your rights;
2.      What each defendant did;
3.      When they did it;
4.      Where it happened; and
5.      Why they did it, if you know.

officer gardebrect, Abigneil and Nikki were All working the intake of Brown county jail the night of November 26th 2020. I was placed into A Reciving cell (L106) Awaiting my intake process where I went to sleep. After A few Hours I was Awoke By officer gardebrect who tapped A Restraint Belt on the window of my cell Door. I Asked what they were for. He informed me I Had to be placed in a green smock and placed in A padded Room which I Refused Because I was no Danger to Hurt myself or Anyone else which I stated over And over I saw the Restraint Chair Behind Him And Asked How long I Had to go in the Padded cell He stated 24 Hours I then Asked How long I would need to stay in the chair instead which He said He would Ask He Returned A moment later and said 6 Hours. I informed Him I would take the chair instead. He And

P3

officer Abigneil opened the Door to my cell and walked me over to the chair in Restraints, where they unReasonably tightly strapped me in. I was wheeled into cell L107 and they closed the door. I began to sing songs to keep track of the time because I didn't have a clock then officer Nikki shut my light off and kept telling me to go bed when I started to Ask to go to the Bathroom I kept singing and Asking to use the bathroom. I stated it was way more than 6 Hours by now over and over. After 33 Hours of Asking And begging. I was finally given my first Bathroom Break And only. when they unstrapped me from the chair my wrists, Hips, Ankels and spine were bleeding which Has left Permenent Scars on my Alilies tedons And wrists clearly visible to this Day officer Nikki At the time was texting my Fiancé Casey Anderson stating I was crazy And was Releasing my Hippa information to Her About my mental Health Diagnosis from Wisconsin Rescerce center I was Also Refused food and Drinks the whole 33 Hours I was placed in the padded cell After which was video tapped so I showed my Arms and legs Bleeding for proof it Happened I was then Placed in Suicide watch in Medical obsercation Cell which was video taped for A whole week which I stated I Was never suicidal Every Day. they Refused me phone Access until my wound Healed And I stopped Bleeding I filed complaints And Ask why it All Happened and never got Any Answers

Complaint - 3

C.   JURISDICTION

[X]   I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ]   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.   RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like 2 million dollars to pay for my mental Health treatment needs (counseling, Doctor, medications ill Have to take for the rest of my life) Ive Been so traumatized Im afraid to sleep incarcerated or speak to correctional officers when I need something even as simple as toilet paper, they Refuse my medication claiming i Have no mental Health issues caused By the event even currently upon my last visit 4-19-22 where I Ask Daily for Months And Hsu Refused my meds.

I Also never want to be Housed in brown county custody (if ever needed) Due to lack of medication needed yet Refused which Has been Detormental to my Mental Health I want to be Housed in Adjacent Countys only Such as Oconto or Kewaunee county who give me my medication As needed The 2 million is for my medical needs that i Have for the rest of my life That Has Arised from this traumatic Event And my Scars

E.    JURY DEMAND

I want a jury to hear my case.

☒ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___14th___ day of ___September___ 20 _22_.

Respectfully Submitted,

_Alex Hamilton_
Signature of Plaintiff

_559711_
Plaintiff's Prisoner ID Number

_W4071 Forest Drive Po Box 31_

_Plymouth WI 53073-0031_
(Mailing Address of Plaintiff)


**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5