# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ALEXANDER DANIEL HAMILTON**,

    Plaintiffs,

v.                                                                      **Case No. 22-CV-1325**

**OFFICER NIKKI,** *et al.***,**

    Defendants.

## ORDER

On March 27, 2023, plaintiff Alexander Daniel Hamilton, who is incarcerated and representing himself, filed a motion to compel discovery. (ECF No. 20.) The defendants, in response, state that Hamilton did not comply with Civil Local Rule 37 and attempt in good faith to meet and confer about the discovery requests. (ECF No. 21.) The defendants also state that the motion to compel is premature because this is the first time they have received requests from Hamilton for this information and indicate that they will fully respond to these requests. Because Hamilton did not meet and confer and because this is the first time the defendants received these requests, the court **DENIES** Hamilton's motion to compel. (ECF No. 20.)

Dated in Milwaukee, Wisconsin this 22nd day of May, 2023.

BY THE COURT

*William E. Duffin*

WILLIAM E. DUFFIN
United States Magistrate Judge

2

Case 2:22-cv-01325-WED   Filed 05/22/23   Page 2 of 2   Document 30