NBD

# Motion to Replace "Doe" Place Holders

Alexander Daniel Hamilton

Brown County jail staff
Officer Nikki A. GardeBred            Case No. 22-CV-1325
Officer Abigneil And intake officers

A. Officer Names
   1. Officer O'connor, C
   2. Cpl M. West 2235
   3. Cpl J. Nelson 2197
   4. Officer Pleau
   5. Officer Higgins
   6. Officer Vanden Hoogen
   7. Officer Rose, L

B. Ammend Officer Names
   1. A. Gardebred to A. Gardebrecht
   2. Abigneil to Abegglen

Alex Hamilton
10-16-23

Ilex Hamilton 559711
Little Moraine Correctional institution
PO Box 252
Plymouth, WI 53073

Clerk's off. U.S. District Court
Eastern District of Wisconsin
3L2 U.S Courthouse
517 E. Wisconsin Ave
Milwaukee, WI 53202